EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | Solicitud de Reinstalación |
|---|---|
| Víctor A. Vélez Cardona | 99 TSPR 175 |

Número del Caso: TS-4469

Fecha: 18/11/1999

Abogados de la Parte Peticionaria: Lcdo. Pedro Malavet Vega

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Víctor  A. Vélez Cardona

TS-4469

RESOLUCIÓN

San Juan, Puerto Rico, a 18 de noviembre de 1999

Vista la solicitud de reinstalación del señor Víctor Vélez Cardona al ejercicio de la profesión de abogado y de notario, se le reinstala a la profesión de abogado.  En cuanto a la profesión de notario se concede a la Oficina de Inspección de Notarías el término de quince (15) días, contados a partir de la notificación de esta resolución, para que se exprese sobre la misma.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  Los Jueces Asociados señores Fuster Berlingeri y Corrada del Río no intervinieron.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo